UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

PETER E ZIMNIS, ESQ
STE 412
1245 WHITEHORSE MERCERVILLE RD
TRENTON, NJ  08619-3831
Attorney for Debtor(s)

**Order Filed on April 23, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Victoria Hurley-Schubert

Debtor(s)

Case No. 16-20568 / KCF

Judge: Honorable Kathryn C. Ferguson

Chapter 13

## CONSENT ORDER TO RE-CAPITALIZE DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: April 23, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s), seeking entry of a consent order to re-capitalize the debtor(s) plan payments to the trustee, and the Court having considered the application, and the parties having consented to the form and entry of the within order, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:
   - $11,340.00 paid to date (34 month[s])
   - $489.00 for 26 month[s] beginning 4/1/19

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.

We, the undersigned, consent to the form and entry of the above Order.

_____
Albert Russo
Standing Chapter 13 Trustee

_____
PETER E ZIMNIS, ESQ
Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:
Victoria Hurley-Schubert
    Debtor

Case No. 16-20568-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 25, 2019
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
db         +Victoria Hurley-Schubert,   505 Daffodil Drive,   Jackson, NJ 08527-4127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
       Albert   Russo    docs@russotrustee.com
       Andrew L. Spivack    on behalf of Creditor    Bank Of America, N.A. nj.bkecf@fedphe.com
       Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of
       America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1
        dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
       John   Zimnis    on behalf of Debtor Victoria   Hurley-Schubert njbankruptcylaw@aol.com.
       Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of
       America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1
        bkyefile@rasflaw.com
       Peter E. Zimnis    on behalf of Debtor Victoria   Hurley-Schubert njbankruptcylaw@aol.com
                                                                                                                     TOTAL: 7